<table>
<tr><td>

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEBRASKA

Case number *(if known)* _____   Chapter   **11**

</td></tr>
</table>

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Wilcox Properties of Columbia, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Candlelight Lodge / Candlelight Lodge Retirement Center** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **43-1934089** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **122 N McKenna Avenue**<br>**Gretna, NE 68028**<br>Number, Street, City, State & ZIP Code | **122 N McKenna Avenue**<br>**Gretna, NE 68028**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Sarpy**<br>County | **Location of principal assets, if different from principal place of business**<br>**1406 Business Loop 70 West Columbia, MO 65202**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Wilcox Properties of Columbia, LLC**                                    Case number (*if known*) _____
          Name

**7. Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

6223

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|----------|------|-------------|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

| Debtor | **Wilcox Properties of Columbia, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **Dimensions in Senior Living, LLC** | Relationship | **Affiliate** |
|---|---|---|---|
| District | **Nebraska** | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency
            Contact name
            Phone

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Wilcox Properties of Columbia, LLC** | Case number (*if known*) |
|--------|----------------------------------------|--------------------------|
|        | Name                                   |                          |

**16.  Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Wilcox Properties of Columbia, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 21, 2022**
                MM / DD / YYYY

**X /s/ Amy Wilcox-Burns**
Signature of authorized representative of debtor

**Amy Wilcox-Burns**
Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**

**X /s/ Patrick R. Turner**
Signature of attorney for debtor

Date    **November 21, 2022**
        MM / DD / YYYY

**Patrick R. Turner**
Printed name

**Turner Legal Group, LLC**
Firm name

**139 S. 144th Street**
**Omaha, NE 68010**
Number, Street, City, State & ZIP Code

Contact phone    **402-690-3675**        Email address    **pturner@turnerlegalomaha.com**

**23461 NE**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Wilcox Properties of Columbia, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEBRASKA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 21, 2022**    X **/s/ Amy Wilcox-Burns**
                                    Signature of individual signing on behalf of debtor

                                    **Amy Wilcox-Burns**
                                    Printed name

                                    **Chief Restructuring Officer**
                                    Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Wilcox Properties of Columbia, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEBRASKA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Allrise Elevator Company 200 Clearview Dr St Charles, MO 63303** | | **Trade Debt** | | | | $1,400.00 |
| **Ameren UE PO Box 88068 Chicago, IL 60680-1068** | | **Trade Debt** | | | | $1,842.96 |
| **Aramark c/o AUS St. Louis Lockbox 26792 Network Place Chicago, IL 60673-1792** | | **Trade Debt** | | | | $12,849.08 |
| **BJC Health Care 1600 E Broadway Columbia, MO 65201** | | **Trade Debt** | | | | $890.00 |
| **Bling It On 122 N MCKenna Ave Gretna, NE 68028** | | **Trade Debt** | | | | $2,522.84 |
| **Century Link PO Box 4300 Carol Stream, IL 60197-4300** | | **Trade Debt** | | | | $1,017.20 |
| **City of Columbia Utilities Department 701 E Broadway Columbia, MO 65205** | | **Trade Debt** | | | | $40,208.61 |
| **Fast Fix, LLC 314 Nebraska Ave Columbia, MO 65201** | | **Trade Debt** | | | | $1,888.68 |
| **Flow's Pharmacy 1506 E. Broadway Columbia, MO 65201** | | **Trade Debt** | | | | $4,916.62 |

| Debtor | **Wilcox Properties of Columbia, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jira heating and cooling** 7655 W Sugarcreek Dr Columbia, MO 65203 | | **Trade Debt** | | | | $1,201.65 |
| **Larry Gross** 4112 Glen Eagle Drive Columbia, MO 65203 | | **Carry Back Note** | | | | $658,365.20 |
| **MANHA** 4100 Country Club Drive Jefferson City, MO 65109 | | **Trade Debt** | | | | $969.00 |
| **Martin Brothers Distributing** PO Box 69 Cedar Falls, IA 50613-0010 | | **Trade Debt** | | | | $56,031.03 |
| **Mediacom Cable** 1211 Wilkes Blvd Columbia, MO 65201-1324 | | **Trade Debt** | | | | $6,869.45 |
| **Salter Lawn Service** 805 Ashley Dr Ashland, MO 65010 | | **Trade Debt** | | | | $3,403.00 |
| **Solomon Boiler Works** 6601 Stephens Station Rd Ste 105 Columbia, MO 65202 | | **Trade Debt** | | | | $82,344.35 |
| **Stanley Healthcare** Dept. CH10504 Palatine, IL 60055-0504 | | **Trade Debt** | | | | $3,309.15 |
| **Steve's Pest Control** 190 N. Greenway Holts Summit, MO 65043 | | **Trade Debt** | | | | $3,674.01 |
| **W. B. Leasing LLC** 122 N McKenna Ave Gretna, NE 68028 | | **Trade Debt** | | | | $39,600.00 |
| **Wilcox Professional Services** 17220 Wright St  Ste 110 Omaha, NE 68130 | | **Trade Debt** | | | | $29,575.00 |

# United States Bankruptcy Court
## District of Nebraska

In re    **Wilcox Properties of Columbia, LLC**      Case No. _____

                            Debtor(s)            Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Adam Jungjohann** | | **5%** | **Membership Interests** |
| **Four KB, LLC**<br>**122 N. McKenna Avenue**<br>**Gretna, NE 68028** | | **25%** | **Membership Interests** |
| **WLBC, LLC**<br>**10330 Regency Pkwy Dr.**<br>**Suite 100**<br>**Omaha, NE 68114** | | **70%** | **Membership Interests** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **November 21, 2022**              Signature    **/s/ Amy Wilcox-Burns**

                                                        **Amy Wilcox-Burns**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### District of Nebraska

In re __**Wilcox Properties of Columbia, LLC**_____    Case No. _____

Debtor(s)                                 Chapter    **11**_____


# VERIFICATION OF CREDITOR MATRIX


I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.


Date: __**November 21, 2022**_____         __**/s/ Amy Wilcox-Burns**_____
                                               **Amy Wilcox-Burns**/**Chief Restructuring Officer**
                                               Signer/Title

Abbott, Abbey
4412 W Georgetown Dr
Columbia, MO 65203


Allrise Elevator Company
200 Clearview Dr
St Charles, MO 63303


Ameren UE
PO Box 88068
Chicago, IL 60680-1068


American National Bank
20635 Highway 370
Gretna, NE 68028


Aramark
c/o AUS St. Louis Lockbox
26792 Network Place
Chicago, IL 60673-1792


Atis Elevator Inspection LLC
1976 Innerbelt Business Center Dr
St. Louis, MO 63114


Baker, Jessica
3116 Alpine Dr #100
Columbia, MO 65202


BJC Health Care
1600 E Broadway
Columbia, MO 65201


Bling It On
122 N MCKenna Ave
Gretna, NE 68028


Boone County Treasurer
801 E Walnut St
#205
Columbia, MO 65201


Bradley, Crystal
1505 Sylvan Ln
Columbia, MO 65202

Brown, Jasmane C
7000 N Buckingham Sq 108A
Columbia, MO 65202


Candlelight Lodge Resident 1
c/o Ken Akers
1900 Katy Woods Ct.
Columbia, MO 65203


Candlelight Lodge Resident 10
c/o Chris Heitmann
4708 Oakview Dr
Columbia, MO 65202


Candlelight Lodge Resident 11
1406 Business Loop 70 West #18
Columbia, MO 65202


Candlelight Lodge Resident 12
c/o Abbi Coleman
3605 Briarmont Ave Unit #110
Columbia, MO 65201


Candlelight Lodge Resident 13
750 Sign Painter Rd
Fulton, MO 65251


Candlelight Lodge Resident 14
1109 Old Farm Road
Mexico, MO 65265


Candlelight Lodge Resident 15
1406 Businses Loop 70 West
Columbia, MO 65202


Candlelight Lodge Resident 16
133 Meadow Brook Dr
Searcy, AR 72143


Candlelight Lodge Resident 17
1406 Business Loop 70 West
Columbia, MO 65202

```
Candlelight Lodge Resident 18
c/o Steph McDermott
704 S. Olivet Rd
Columbia, MO 65201


Candlelight Lodge Resident 19
c/o Steve Fruin
10602 W. 131st St
Overland Park, KS 66213


Candlelight Lodge Resident 2
c/o Carmen Tiffany
7660 Wildflower
Fulton, MO 65251


Candlelight Lodge Resident 20
1406 Business Loop 70 West
Columbia, MO 65202


Candlelight Lodge Resident 21
510 Kensington Park
Jeferson City, MO 65109


Candlelight Lodge Resident 22
1406 Business Loop 70 West
Columbia, MO 65202


Candlelight Lodge Resident 23
c/o Mark Hays
16545 East Fairfax
Fountain Hills, AZ 85268


Candlelight Lodge Resident 24
707 Ranchland Dr
Macon, MO 63552


Candlelight Lodge Resident 25
c/o Eric Johnston
28 Rosewood Ct
Twentynine Palms, CA 92277


Candlelight Lodge Resident 26
c/o Sonja Boone
Public Administrator
Columbia, MO 65201
```

Candlelight Lodge Resident 27
c/o Josh Keller
2105 Ridgemont
Columbia, MO 65203


Candlelight Lodge Resident 28
1406 Business Loop 70 West
Columbia, MO 65202


Candlelight Lodge Resident 29
309 Locust St
West Plains, MO 65775


Candlelight Lodge Resident 3
c/o William Anglen
12619 Monroe Rd 881
Paris, MO 65275


Candlelight Lodge Resident 30
c/o Rhonda Nitkowski
4505 N. Wyatt Lane
Columbia, MO 65202


Candlelight Lodge Resident 31
c/o Tim Lapsley
5900 S. Rangeline Rd
Columbia, MO 65201


Candlelight Lodge Resident 32
1406 Business Loop 70 W
Columbia, MO 65202


Candlelight Lodge Resident 33
c/o Adam Boster
3951 S Forrest Acres
Columbia, MO 65203


Candlelight Lodge Resident 34
1406 Business Loop 70 West
Columbia, MO 65202


Candlelight Lodge Resident 35
1406 Business Loop 70 West
Room 44
Columbia, MO 65202-1398

```
Candlelight Lodge Resident 36
c/o Rick McDannold
1400 State Route EE
Rocheport, MO 65279


Candlelight Lodge Resident 37
c/o Charles MEnke
1703 Rainwood Place
Columbia, MO 65203


Candlelight Lodge Resident 38
c/o Marcus Monroe
18523 Oakland School Rd
Jamestown, MO 65046


Candlelight Lodge Resident 39
c/o David Emery
4100 W Worley #104
Columbia, MO 65203


Candlelight Lodge Resident 4
603 Creech Dr
Warrensburg, MO 64093


Candlelight Lodge Resident 40
c/o Carleen Coates
2208 Thomas Dr
Columbia, MO 65202


Candlelight Lodge Resident 41
610 Jefferson St
Centrailia, MO 65240


Candlelight Lodge Resident 42
c/o Nancy Hayes
2651 Hwy 124 West
Harrisburg, MO 65256


Candlelight Lodge Resident 43
1290 W Ashley Rd
Booneville, MO 65233


Candlelight Lodge Resident 44
1290 W Ashley Rd
Booneville, MO 65233
```

Candlelight Lodge Resident 45
1406 Business Loop 70 West
Columbia, MO 65202


Candlelight Lodge Resident 46
c/o Jan Pickett
106 Summit Peak Dr
Columbia, MO 65202


Candlelight Lodge Resident 47
1406 Business Loop 70 West
Columbia, MO 65202


Candlelight Lodge Resident 48
750 Sign Painter Rd
Fulton, MO 65251


Candlelight Lodge Resident 49
c/o Sonja Boone, Conservator
Boone Co Public Administrator
Columbia, MO 65205


Candlelight Lodge Resident 5
c/o Morgan Baskett
16760 Ashley Blvd Apt E
Westfield, IN 46074


Candlelight Lodge Resident 50
c/o Curtis Rickman
1003 Concordia St
Mexico, MO 65265


Candlelight Lodge Resident 51
c/o Eric Robinette
2206 S El Centro Ct
Columbia, MO 65201


Candlelight Lodge Resident 52
c/o Valley View
1600 Rollins
Moberly, MO 65270


Candlelight Lodge Resident 53
c/o Nancy Bohanon
PO Box 1307
Columbia, MO 65205-1307

```
Candlelight Lodge Resident 54
c/o Sonja Bhaskaran
3803 Flatwater Dr
Columbia, MO 65202


Candlelight Lodge Resident 55
c/o Stan Silvey
3401 Teakwood Ct
Columbia, MO 65203


Candlelight Lodge Resident 56
c/o Teresa Snow Voeller
3250 Kemper Road
Hallsville, MO 65255


Candlelight Lodge Resident 57
c/o Duane Chapman
6238 E Palmer Rd
Columbia, MO 65202


Candlelight Lodge Resident 58
1406 Business Loop 70 West
Columbia, MO 65202


Candlelight Lodge Resident 59
603 Creach Dr
Warrensburg, MO 64093


Candlelight Lodge Resident 6
1406 Businses Loop 70 West
Columbia, MO 65202


Candlelight Lodge Resident 60
c/o Jennifer Stone
16500 N Old #7
Sturgeon, MO 65284


Candlelight Lodge Resident 61
c/o Julie Kus
613 Barnsdale Rd
LaGrange Park, IL 60526


Candlelight Lodge Resident 62
1406 Business Loop 70 W
Columbia, MO 65202
```

Candlelight Lodge Resident 63
1406 Business Loop 70 West
Columbia, MO 65202

Candlelight Lodge Resident 64
c/o Corinne Liedtke
7468 Black Walnut Dr
Columbia, MO 65202

Candlelight Lodge Resident 65
c/o March Warn
422 Alexander Ave
Columbia, MO 65203

Candlelight Lodge Resident 66
c/o Dale Woody
8504 N Wade School Rd
Columbia, MO 65202

Candlelight Lodge Resident 67
1406 Business Loop 70 W
Columbia, MO 65202

Candlelight Lodge Resident 7
1109 Old Farm Rd
Mexico, MO 65265

Candlelight Lodge Resident 8
c/o Stephanie Branham
5720 North Autumn Dr
Columbia, MO 65202

Candlelight Lodge Resident 9
c/o Kay Vaughn
900 Elaine Dr
Fulton, MO 65251

Century Link
PO Box 4300
Carol Stream, IL 60197-4300

City of Columbia
Utilities Department
701 E Broadway
Columbia, MO 65205

CLIA Laboratory Program
PO Box 530882
Atlanta, GA 30353-0882


Coleman, Taylor
2004 Bridgewater Dr
Columbia, MO 65202


Commercial Lighting
Po Box 270651
Tampa, FL 33688


Coy, Janet
3512 Yellowwood Dr
Columbia, MO 65202


Critter Control
2000 E Broadway #136
Columbia, MO 65201


Cross, Robert D
261 Appletree Ct
Columbia, MO 65203


Deornellas, Stephen M
4310 Bethany Dr
Columbia, MO 65203


Dixon, Brendon A
706 Demerit Dr Apt C
Columbia, MO 65202


Duncan, Steven
4001 Ponderosa  Lot 105
Columbia, MO 65201


Dwight's Plumbing Heating and Cooling
1440 W Ashley Road
Boonville, MO 65233


Easley, Anita
4314 Christian Fellowship Rd
Columbia, MO 65203

Fast Fix, LLC
314 Nebraska Ave
Columbia, MO 65201


Flores, Martha A
1512 War Admiral
Columbia, MO 65202


Flow's Pharmacy
1506 E. Broadway
Columbia, MO 65201


Gier, Brandon S
640 North East Park Lane
Columbia, MO 65201


Hairlson, Carol
2007 Woodlea Dr
Columbia, MO 65202


Harper, Cassidy
4800 Clark Ln #104
Columbia, MO 65202


Hayward, Glenda F
7711 Laporte Ave Apt B
Columbia, MO 65202


Herndon, Stormy
3582 N Manchester Dr
Columbia, MO 65202


Hickem, Sherrell D
7404 North Moberly Drive Apt B
Columbia, MO 65202


Hinshaw, Sharon J
5200 Old Millers Road #7
Columbia, MO 65201


Hoodz
138 N Capistrano Dr
Jefferson City, MO 65109

Industrial Chem Labs
55 G Broke Ave
Deer Park, NY 11729-7200


Ink Factory
2609 E Broadway Ste 212
Columbia, MO 65201


Integrated Facility Services
1055 Cassens Industrial Court
Fenton, MO 63026


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


Jackson, Kayla S
1720 Amelia Street, Unit B
Columbia, MO 65201


JDC Solutions, LLC
PO Box 896
Gretna, NE 68028


Jira heating and cooling
7655 W Sugarcreek Dr
Columbia, MO 65203


Kelly, Maggie J
1108 Elleta Blvd
Columbia, MO 65202


Kiyee, Henrietta
2401 W Broadway Apt 816
Columbia, MO 65203


Knight, Glennie G
4941 N Almond Ln
Columbia, MO 65202


Kobs, Domini L
2600 Jacobs Place #9
Columbia, MO 65201

Kostjerevac, Nihad
2210 Whitegate Dr
Columbia, MO 65202


Kurtz, Peggy L
411 West End Dr
Booneville, MO 65233


Kurtz, Tamra S
1411 Concordia Dr
Booneville, MO 65233


Larry Gross
4112 Glen Eagle Drive
Columbia, MO 65203


Lewis, Daleesa L
3714 Santiago Dr Apt E
Columbia, MO 65203


MALA
2407 B Hyde Park Rd
Jefferson City, MO 65109


MANHA
4100 Country Club Drive
Jefferson City, MO 65109


Mars, Anita D
261 Apple Tree Ct Apt #4
Columbia, MO 65203


Mars, Ebony J
748 Demaret Dr D
Columbia, MO 65202


Martin Brothers Distributing
PO Box 69
Cedar Falls, IA 50613-0010


Mediacom Cable
1211 Wilkes Blvd
Columbia, MO 65201-1324

Medical Waste Services
11995 Highway 62 E
Harrison, AR 72601


Mercado, Samuelle S
2807 Blueridge Rd
Columbia, MO 65202


Milo, Miana M
1407 Bodie Dr
Columbia, MO 65202


Missouri Attorney General
Supreme Court Building
207 W. High
Jefferson City, MO 65102


Missouri Department of Public Safety
Div. of Fire Safety
PO Box 1421
Jefferson City, MO 65102


Missouri DHHS
912 Wildwood
P.O. Box 570
Jefferson City, MO 65102


Missouri DOR
Harry S Truman State Office Building
301 West High Street
Jefferson City, MO 65101


Morgan, Eva
1606 High Quest
Columbia, MO 65202


Morgan, Haydin
5537 N Autumn Dr
Columbia, MO 65202


Motion Picture Licensing Corporation
PO Box 80144
City of Industry, CA 91716-8144

Nangabire, Heureuse H
3002 Badger Ct
Columbia, MO 65202


NextCare Urgent Care
PO Box 843833
Los Angeles, CA 90084-3833


O'Dell, Norma
1625 Paris Rd
Columbia, MO 65201


Payne, Latasha R
211 Hickman Ave
Columbia, MO 65203


Payne, Stephen K
717 Pendleton Ave
Booneville, MO 65233


Posey, Taylor D
5018 Clark Lane Apt 103
Columbia, MO 65202


Pottebaum, Sara
301 Tiger Lane Apt #609
Columbia, MO 65203


Richardson, Stacy
640 NE Park Lane Apt B
Columbia, MO 65201


Roper, Sharon E
905 W Texas Ave
Columbia, MO 65202


Roto-Rooter
5904 N Brown Station Rd
Columbia, MO 65202


Salter Lawn Service
805 Ashley Dr
Ashland, MO 65010

Sewell, Bobbi
17250 N Mclane Rd
Centralia, MO 65240


Solomon Boiler Works
6601 Stephens Station Rd Ste 105
Columbia, MO 65202


Stanley Healthcare
Dept. CH10504
Palatine, IL 60055-0504


Staples
115 Conley Rd
Columbia, MO 65201


Staples Business Credit
PO Box 105638
Atlanta, GA 30348-5638


Steve's Pest Control
190 N. Greenway
Holts Summit, MO 65043


Superior Irrigation
2450 Trails West Ave
Columbia, MO 65202


Tillman, Breanna C
405 N Garth #K
Columbia, MO 65203


TouchTone
PO box 27772
Newark, NJ 07101-7772


Ultra-Chem Inc
Po Box 14608
Lenexa, KS 66285


Vaughn, Devin A
4818 Meadow Lark Ln Apt A
Columbia, MO 65201

W. B. Leasing LLC
122 N McKenna Ave
Gretna, NE 68028


Wilcox Professional Services
17220 Wright St  Ste 110
Omaha, NE 68130


William, Larry
1406 Businses Loop 70 West
Columbia, MO 65202


Williams, Analin A
2407 Milicent Ct
Columbia, MO 65202


Wingate Pest   Lawn, LLC
4302 Bold Venture Ste A
Columbia, MO 65202

# United States Bankruptcy Court
## District of Nebraska

In re   **Wilcox Properties of Columbia, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Wilcox Properties of Columbia, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Four KB, LLC
122 N. McKenna Avenue
Gretna, NE 68028**

**WLBC, LLC
10330 Regency Pkwy Dr.
Suite 100
Omaha, NE 68114**

☐ None [*Check if applicable*]

**November 21, 2022**

Date

**/s/ Patrick R. Turner**

**Patrick R. Turner**

Signature of Attorney or Litigant

Counsel for   **Wilcox Properties of Columbia, LLC**

**Turner Legal Group, LLC
139 S. 144th Street
Omaha, NE 68010
402-690-3675
pturner@turnerlegalomaha.com**

## United States Bankruptcy Court
### District of Nebraska

In re    **Wilcox Properties of Columbia, LLC**

Debtor(s)

Case No.

Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Amy Wilcox-Burns**, declare under penalty of perjury that I am the **Chief Restructuring Officer** of  **Wilcox Properties of Columbia, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 15th day of November, 2022.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Amy Wilcox-Burns, Chief Restructuring Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Amy Wilcox-Burns, Chief Restructuring Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Amy Wilcox-Burns, Chief Restructuring Officer** of this Corporation is authorized and directed to employ **Patrick R. Turner**, attorney and the law firm of **Turner Legal Group, LLC** to represent the corporation in such bankruptcy case."

Date    **November 15, 2022**

Signed    **/s/ Amy Wilcox-Burns**

**Amy Wilcox-Burns**

Resolution of Board of Directors
of
**Wilcox Properties of Columbia, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Amy Wilcox-Burns, Chief Restructuring Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Amy Wilcox-Burns, Chief Restructuring Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Amy Wilcox-Burns, Chief Restructuring Officer** of this Corporation is authorized and directed to employ **Patrick R. Turner**, attorney and the law firm of **Turner Legal Group, LLC** to represent the corporation in such bankruptcy case.

Date  **November 15, 2022**            Signed  **/s/ Amy Wilcox-Burns**
                                               **Amy Wilcox-Burns**

Date  **November 15, 2022**            Signed  **/s/ Amy Wilcox-Burns**
                                               **Amy Wilcox-Burns**